IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GAYLA DOUGAN                                                           PLAINTIFF

vs.                    Civil Case No. 3:10CV017 JTK

MICHAEL ASTRUE, Commissioner,
Social Security Administration                                         DEFENDANT

JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED AND ADJUDGED that the final determination of the Commissioner is affirmed, and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 10th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE